UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN HAMPTON,<br>Defendant. | Case No. 17-cr-00452-JSW-1<br><br>**CLERK'S NOTICE RESETTING HEARING** |

Due to a family emergency, notice is hereby given that the Status Conference set for December 19, 2017, is continued to January 16, 2018, in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, CA 94612, before the Honorable Jeffrey S. White. If counsel, or if applicable the probation officer assigned to the case, are unable to attend on this date, the Court shall entertain a request for an alternative date, including a request for a special setting. In cases that implicate the speedy trial act, if the parties believe there is a basis for excluding time until January 16, 2018, they shall submit a stipulation and proposed order to that effect.

Dated: 12/18/17

Susan Y. Soong
Clerk, United States District Court

By: *Susan Imbriani*
Sue Imbriani, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3525