```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3695
    Fax: (510) 637-3724
    E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00452 JSW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING APPEARANCE TO OCTOBER 12, 2022** |
| v. | |
| KEVIN HAMPTON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Thomas R. Green, and defendant Kevin Hampton (Hampton or defendant), by and through his counsel of record, Angela Hansen, hereby stipulate as follows:

1. This matter is presently set for a status appearance on September 7, 2022 regarding alleged violations of defendant's conditions of supervised release.

2. The parties are discussing a possible resolution of this matter and request additional time to pursue a resolution ahead of the next appearance in this matter.

3. A status appearance before Judge White is presently set for October 11, 2022 and the parties request that this matter also be set for a status appearance regarding a preliminary hearing on October 12, 2022 in Magistrate Court. Defendant continues to waive time with respect to a preliminary hearing on the charges described in the Form 12 and agrees to waive time regarding any preliminary hearing until the requested October 12, 2022 hearing date.

4. The parties are available for a status hearing on this matter on October 12, 2022 at 10:30 a.m. and understand that the Court has availability on its calendar at that time for a status hearing in this matter. The parties will meet and confer with Probation Office to assure that the assigned officer or another Probation Officer is available to appear on the requested hearing date.

5. For the aforementioned reasons, the parties stipulate to continue the September 7, 2022 status hearing in this matter to October 12, 2022 at 10:30 a.m.

DATED: September 6, 2022                    Respectfully Submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            /s/ *Thomas R. Green*
                                            THOMAS R. GREEN
                                            Assistant United States Attorney

                                            /s/ *Edwin Prather*
                                            EDWIN PRATHER
                                            Attorney for Kevin Hampton

**ORDER**

The Court has read and considered the Stipulation and [Proposed] Order Continuing Hearing filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates a good cause basis to continue the status hearing in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court continues the status hearing in this matter from September 7, 2022 to October 12, 2022, on the Court's 10:30 a.m. calendar.

IT IS SO ORDERED.

September 6, 2022
DATE

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

STIPULATION AND ORDER
CR 17-00452 JSW