UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN HAMPTON,<br><br>    Defendant. | Case No. 17-cr-00452-JSW-1<br><br>**ORDER CONTINUING STATUS CONFERENCE TO NOVEMBER 15, 2022**<br><br>Re: Dkt. No. 97 |

This matter is scheduled for a telephonic status conference on November 1, 2022 regarding an alleged Form 12 supervised release violation. The Court has received and considered the parties' joint status report, in which they request a continuance to November 15, 2022. The Court GRANTS the parties' request and ORDERS that the November 1, 2022 status conference be continued to November 15, 2022 at 12:00 p.m. for a telephonic status conference. The parties shall submit a further joint status report by November 8, 2022.

**IT IS SO ORDERED.**

Dated: October 28, 2022

JEFFREY S. WHITE
United States District Judge